IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | : | CIVIL ACTION |
|  | : | NO. 14-3226 |
| v. | : | |
|  | : | |
| MANUEL PUENTENUEVA, et al. | : | |

## **ORDER**

AND NOW, this 22nd day of December, 2014, upon consideration of the motion for default judgment of J & J Sports Productions, Inc. (Dkt. No. 6) and defendants' damages brief (Dkt. No. 13), following a hearing to assess damages and consistent with the accompanying memorandum of law, it is ORDERED that plaintiff's motion is GRANTED and JUDGMENT in the amount of $11,200.00 is ENTERED in favor of plaintiff J & J Sports Productions, Inc. and against defendants Manuel Puentenueva and Casa de Espana, Inc.  IT IS FURTHER ORDERED that plaintiff may submit its request for costs and reasonable attorney's fees on or before January 7, 2015.  Defendants may submit a response, if any, on or before January 19, 2015.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.